# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 26-1501 FMO (PDx)** | Date | **May 13, 2026** |
|---|---|---|---|
| Title | **James Apollo v. Navient Portfolio Management, LLC, et al.** | | |

Present: The Honorable   Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff:

None Present

Attorney Present for Defendants:

None Present

**Proceedings:**   **(In Chambers) Order to Show Cause Re Dismissal for Lack of Prosecution**

On May 4, 2026, the court issued an Order to Show Cause Re: Dismissal Re: Lack of Prosecution directing plaintiff to respond in writing by May 11, 2026, why this action should not be dismissed for lack of prosecution. (Dkt. 19, Court's Order of May 4, 2026). Plaintiff was admonished that failure to timely respond to the court's Order to Show Cause shall result in the action or any unserved defendant being dismissed without prejudice for failure to prosecute and/or failure to comply with a court order. (See id.) (citing Fed. R. Civ. P. 4 & 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962)). As of the date of this Order, plaintiff has not filed a response or proof of service for Maximus Education, LLC. (See, generally, Dkt.). Nonetheless, the court will grant plaintiff one final opportunity to file a response to the court's Order to Show Cause.

Based on the foregoing, IT IS ORDERED THAT:

1. Plaintiff is granted until **June 12, 2026**, to file a response to the court's Order to Show Cause Re: Dismissal Re: Lack of Prosecution.

2. Plaintiff is cautioned that failure to timely file a response shall result in this action or any unserved defendant being dismissed without prejudice for failure to prosecute and/or failure to comply with a court order. See Fed. R. Civ. P. 41(b); Link, 370 U.S. at 629-30, 82 S.Ct. at 1388.

3. The Order to Show Cause Re: Dismissal Re: Lack of Prosecution, is hereby continued pending compliance with paragraph one above.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |